IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TORRIEO M. JOHNSON, a/k/a TORRIEO MONTE CORKER, Petitioner, v. Warden PAULK, Respondent. | * * * * * * |

Case No. 7:22-CV-60(HL)

## **J U D G M E N T**

Pursuant to this Court's Order dated July 5, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 5th day of July, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk